**Daniel Snyder, OSB No. 783856**
dansnyder@lawofficeofdanielsnyder.com
**Carl Post, OSB No. 061058**
carlpost@lawofficeofdanielsnyder.com
**John Burgess, OSB No. 106498**
johnburgess@lawofficeofdanielsnyder.com
**LAW OFFICES OF DANIEL SNYDER**
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

    Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| NEIL DELPLANCHE, | Case No. 3:16-cv-02319-AA |
| PLAINTIFF, | STIPULATED JUDGMENT OF DISMISSAL |
| v. | |
| WINDOWS PRODUCTS, INC. d/b/a CASCADE WINDOWS; DAVID LOVE; ALICE NORRIS; and RYAN HOPKINSON, | |
| DEFENDANTS. | |

Pursuant to FRCP 41(a)(1)(A)(ii), the parties stipulate that this case, having been compromised and fully settled, be dismissed with prejudice and without costs or attorneys' fees to any party.

PAGE 1 – STIPULATED JUDGMENT OF DISMISSAL

IT IS SO STIPULATED.

DATED: March  14 , 2018          By: _____
                                      Daniel Snyder, OSB No. 78385
                                      Attorney for Plaintiff
                                      Telephone No. (503) 241-3617

DATED: March  13 , 2018          By: _____
                                      David J. Riewald, OSB No. 880969
                                      Benjamin P. O'Glasser, No. 074858
                                      Attorney for Defendant
                                      Telephone No. (503) 248-1134

PAGE 2 – STIPULATED JUDGMENT OF DISMISSAL
**Law Offices of Daniel Snyder**
Attorneys At Law
1000 S.W. Broadway, Suite 2400
Portland, Oregon 97205
(503) 241-3617 | Fax (503) 241-2249