IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NEIL DELPLANCHE, | |
| Plaintiff, | Civ. No. 3:16-cv-02319-AA |
| v. | JUDGMENT |
| WINDOW PRODUCTS, INC. d/b/a CASCADE WINDOWS; DAVID LOVE; ALICE NORRIS; and RYAN HOPKINSON, | |
| Defendants. | |

_____

    Pursuant to the parties' Stipulation of Dismissal, it is ordered that this action is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

    DATED: 3/15/2018

                                  Mary L. Moran, Clerk

                              By    /s/ Cathy Kramer
                                            Deputy Clerk

1 –JUDGMENT